# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2025

## NO. 03-24-00025-CV

**202 N LBJ Venture Group, LP, Appellant**

**v.**

**Paul Kolaj and Modesta Kolaj, Appellees**

**APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on December 12, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the judgment awarding 202 N LBJ Venture Group, LP actual damages and pre- and post-judgment interest. Therefore, the Court affirms that portion of the judgment. The Court further holds that there was reversible error in the portion of the judgment denying 202 N LBJ Venture Group, LP an award of attorneys' fees. Therefore, the Court reverses the portion of the judgment denying 202 N LBJ Venture Group, LP an award of attorneys' fees and remands that portion of the case for a new trial on that issue. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.